JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA, | Case No. CV 20-06417 AB (AFMx) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| ROSS STORES, | |
| Defendant. | |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 28, 2020      _____
                                              ANDRÉ BIROTTE JR.
                                              UNITED STATES DISTRICT JUDGE