| | |
|---|---|
| 1 | CENTER FOR DISABILITY ACCESS |
| | Ray Ballister Jr., Esq., SBN 111282 |
| 2 | Russell Handy, Esq., SBN 195058 |
| | Dennis Price, Esq., SBN 279082 |
| 3 | Amanda Seabock, Esq., SBN 289900 |
| | 8033 Linda Vista Road, Suite 200 |
| 4 | San Diego, CA 92111 |
| | (858) 375-7385; (888) 422-5191 fax |
| 5 | amandas@potterhandy.com |
| | Attorneys for Plaintiff |

Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Ashley Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Attorneys for Defendant
Ross Stores, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA, | Case No.: 2:20-cv-06417-AB-AFM |
| Plaintiff, | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO** |
| v. | **F.R.C.P. 41 (a)(1)(A)(ii)** |
| ROSS STORES, INC., a Delaware Corporation; and Does 1-10, | |
| Defendants. | |

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: December 10, 2020    CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock

|   |   |
|---|---|
| 1 | Amanda Seabock |
|   | Attorneys for Plaintiff |

Dated: December 10, 2020        SEYFARTH SHAW LLP

By: /s/Ashley Arnett
Kristina M. Launey
Ashley Arnett
Attorneys for Defendant
Ross Stores, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Ashley Arnett, counsel for Ross Stores, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 10, 2020        CENTER FOR DISABILITY ACCESS

By: /s/Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff