CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Kristina M. Launey (SBN 221335)
klauney@seyfarth.com
SEYFARTH SHAW LLP
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Ashley Arnett (SBN 305162)
aarnett@seyfarth.com
601 South Figueroa Street, Suite 3300
Los Angeles, CA 90017-5793
Telephone: (213) 270-9600
Facsimile: (213) 270-9601
Attorneys for Defendant
Ross Stores, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESTRADA,<br><br>　　　Plaintiff,<br>v.<br><br>ROSS STORES, INC., a Delaware Corporation; and Does 1-10,<br><br>　　　Defendants. | Case No.: 2:20-cv-06417-AB-AFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.C.P. 41 (a)(1)(A)(ii)** |

　　　Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each

1  party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the
2  matter has been resolved to the satisfaction of all parties.
3
4  Dated: December 11, 2020        CENTER FOR DISABILITY ACCESS
5
6                                  By:    /s/ Amanda Seabock
                                          Amanda Seabock
7                                         Attorneys for Plaintiff
8
9  Dated: December 11, 2020        SEYFARTH SHAW LLP
10
11
12                                 By:    /s/ Ashley Arnett
                                          Kristina M. Launey
13                                        Ashley Arnett
14                                        Attorneys for Defendant
                                          Ross Stores, Inc.
15
16
17
18
19
20
21
22
23
24
25
26
27
28


Case 2:20-cv-06417-AB-AFM   Document 23   Filed 12/11/20   Page 3 of 3   Page ID #:83

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Ashley Arnett, counsel for Ross Stores, Inc., and that I have obtained authorization to affix his electronic signature to this document.

Dated: December 11, 2020     CENTER FOR DISABILITY ACCESS

By:     /s/ Amanda Seabock
Amanda Seabock
Attorneys for Plaintiff


Joint Stipulation                    -3-                    2:20-cv-06417-AB-AFM
